SEPTEMBER 26, 1994

No. A–196 (94–5319). CLARK v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, granted pending the disposition by this Court of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the sending down of the judgment of this Court.

No. D–1411. IN RE DISBARMENT OF KARSCH. Disbarment entered. [For earlier order herein, see *ante*, p. 1217.]

No. D–1414. IN RE DISBARMENT OF WOODSIDE. Jon Lee Woodside, of Portland, Ore., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on June 27, 1994 [*ante*, p. 1232], is hereby discharged.

No. D–1416. IN RE DISBARMENT OF MEYER. Disbarment entered. [For earlier order herein, see *ante*, p. 1233.]

No. D–1418. IN RE DISBARMENT OF GRIFFITH. Disbarment entered. [For earlier order herein, see *ante*, p. 1267.]

No. D–1422. IN RE DISBARMENT OF MOSELY. Disbarment entered. [For earlier order herein, see *ante*, p. 1268.]

No. D–1423. IN RE DISBARMENT OF OKOCHA. Disbarment entered. [For earlier order herein, see *ante*, p. 1268.]

No. D–1433. IN RE DISBARMENT OF CORCES. Disbarment entered. [For earlier order herein, see *ante*, p. 1269.]